UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KEVIN WEEKS, <br><br> Plaintiff, <br><br> vs. <br><br> DEBT RECOVERY SOLUTIONS, LLC, <br><br> Defendant. | Case No.: 6:16-cv-03392-DPR <br><br><br> NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 90 days. The Plaintiff requests that the Court clear the calendar in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Dated this 29th day of November 2016

                                                                                     Respectfully Submitted,

                                                                                     _s/_____ <br>
                                                                                     Richard Dvorak, Esq. MO Bar # 43956 <br>
                                                                                     7111 W. 98th Terrace, Suite 140 <br>
                                                                                     Overland Park, KS 66212 <br>
                                                                                     Phone: (913) 385-7990 <br>
                                                                                     Fax: (913) 385-7997 <br>
                                                                                     Email: richard@dvoraklaw.com