# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| KEVIN WEEKS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 6:16-cv-03392-MDH |
| DEBT RECOVERY SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 8). Plaintiff requests that the Court dismiss this case, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party to bear their own costs. After review of the record before the Court, the Court hereby dismisses this case in its entirety, with prejudice, each party to bear their own attorney fees and costs.

**IT IS SO ORDERED.**

DATED: March 27, 2017

                                                      */s/ Douglas Harpool*
                                                    **DOUGLAS HARPOOL**
                                                    **UNITED STATES DISTRICT JUDGE**